Stella Fellheimer, Appellee, v. Harold B. Wess et al., Defendants. Martin L. Straus et al., Appellants.

Gen. No. 41,874.

Heard in second division, first district, this court at October term, 1941; opinion filed November 17, 1942. Julius Kreeger and Wendell H. Shanner, for appellants; Julius Kreeger, Wendell H. Shanner, Allen Sinsheimer, Jr. and Elias Mayer, of counsel; Nelson, Slater & Boodell, for appellee; Drennan J. Slater, of counsel. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''